UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW SELEVAN,

                              Plaintiff,                  20-mc-282 (PAE)

                    -v-

                                                          <u>ORDER</u>

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                             Defendant.

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received movant Andrew Selevan's motion to prevent the U.S. Securities and Exchange Commission ("SEC") from obtaining certain records held by T.D. Bank, N.A., which are the subject of a subpoena issued by the SEC pursuant to its investigation of Norse Holdings, LLC. Dkt. 4 ("Mtn.") at 3–4, 7. His motion argues that the disclosure of these records would violate his ethical obligations with respect to client confidentiality. *Id.* at 3. To enable the Court to resolve this motion, if possible, before T.D. Bank's August 19, 2020 deadline for compliance with the subpoena, the SEC is directed to file any response to Selevan's motion by **Monday, August 17, 2020 at 5:00 p.m.**

       SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                                    Paul A. Engelmayer
                                                                    United States District Judge

Dated: August 12, 2020
       New York, New York