UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ANDREW SELEVAN,

                            Movant,                    20-mc-282 (PAE)

           -v-

                                                         ORDER

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                            Respondent.

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       On August 12, 2020, Andrew Selevan filed a motion to prevent the U.S. Securities and Exchange Commission ("SEC") from obtaining certain records held by T.D. Bank, N.A., which are the subject of a subpoena issued pursuant to an SEC investigation. *See* Dkt. 4 at 3–4, 7. Selevan's motion stated that he had served the SEC with his motion by certified mail, in accord with instructions from the SEC. *Id.* at 2, 5. To enable the Court to resolve Selevan's motion before T.D. Bank's August 19, 2020 deadline to comply with the subpoena, the Court directed the SEC to file any response to Selevan's motion by Monday, August 17, 2020, at 5:00 p.m. *See* Dkt. 5. Having received no such response, the Court hereby orders the SEC to file its response, if any, by tomorrow, **August 20, 2020, at 5 p.m.** If the Court receives no such response, it will treat Selevan's motion as unopposed.

       Selevan is directed to serve this order on the SEC forthwith and to file forthwith a declaration attesting to such service.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 19, 2020
       New York, New York