UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW SELEVAN,

        Movant,      20-mc-282 (PAE)

    -v-
                  ORDER

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Respondent.

---

PAUL A. ENGELMAYER, District Judge:

  The Court has received the Securities and Exchange Commission's response to Selevan's motion to quash.  Selevan is hereby ordered to file his reply, if any, by **Monday, August 24, 2020, at 5:00 p.m.**

  SO ORDERED.

                     _____
                     Paul A. Engelmayer
                     United States District Judge

Dated: August 20, 2020
    New York, New York